Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 31, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 31, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00031 -CV

____________

 

IN RE SHIPPERS STEVEDORING COMPANY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 18, 2008, relator, Shippers Stevedoring Company, filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex.
R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Rory R. Olsen, presiding judge of Probate Court Number Three, Harris
County, Texas, to vacate his November 29, 2007 order denying relator=s motion for partial summary
judgment, and to grant the same.  On January 23, 2008, relator filed an
emergency motion to stay trial court proceedings.  








Relators
has not established its entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and
also deny relators= related emergency motion to stay trial court proceedings.

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 31, 2008.

Panel consists of Chief Justice
Hedges and Justices Anderson and Boyce.